UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| INDUSTRIAL PROCESS TECHNOLOGY, INC., a North Dakota corporation, | \* | Civ. 08-1007 |
| | \* | |
| Plaintiff, | \* | |
| vs. | \* | |
| | \* | STIPULATION FOR JUDGMENT OF DISMISSAL |
| WEB WATER DEVELOPMENT ASSOCIATION, INC., a South Dakota corporation, | \* | |
| | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that Plaintiff's Complaint against Defendant and Defendant's Counterclaim against Plaintiff may be dismissed, with prejudice. The parties shall bear their own costs.

Dated this 25th day of Aug, 2009.   Dated this 31st day of August, 2009.

BANTZ, GOSCH & CREMER                SIEGEL, BARNETT & SCHUTZ, L.L.P.

James M. Cremer                       Reed Rasmussen
PO Box 970                            Attorneys for Defendant
Aberdeen, SD 57402-0970               415 S. Main Street - 400 Capitol Building
                                      PO Box 490
and                                   Aberdeen, SD 57402-0490
                                      Telephone No. (605) 225-5420
Justin L. Weisberg
Arnstein & Lehr, LLP
120 S. Riverside Plaza – Suite 1200
Chicago, IL 60606

Attorneys for Plaintiff