UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
SEP 0 8 2009
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| INDUSTRIAL PROCESS TECHNOLOGY, INC., a North Dakota corporation, | \* | CIV 08-1007 |
| Plaintiff, | \* | |
| -vs- | \* | ORDER |
| WEB WATER DEVELOPMENT ASSOCIATION, INC., a South Dakota corporation, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to the stipulation fo the parties,

IT IS ORDERED that plaintiff's complaint against the defendant and defendant's counterclaim against plaintiff are dismissed with prejudice and without costs.

Dated this ____ day of September, 2009.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY
(SEAL)